IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAR -1  A 10: 18

DEBRA P. HACKETT, CLK
U.S DISTRICT COURT
ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR. NO. 2:07CR46-TFM |
| | ) (18 U.S.C. 641) |
| DANA C. CONDON | ) |
| | ) INFORMATION |

The United States Attorney charges:

## COUNT

On or about the 22nd day of December 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, DANA D. CONDON did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*[signature]*
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | **AFFIDAVIT** |
| COUNTY OF MONTGOMERY | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On or about 22 December 2006, I was notified by an AAFES cashier that a woman at her register, #8, had an item of cosmetics in her purse with the electronic security device on it. I put a camera on the woman in question and on a couple of times I could see the box in her purse. At the end of the transaction, the cashier had rung up several items but not the cosmetics. The woman, who was later identified to be DANA CONDON, wife off a retired Army Colonel, left the register at central checkout and went to customer service to get a Military Star Credit Card.  She left her daughters at central checkout to complete the buying of the other items. While waiting for service at Customer Service, CONDON took an AAFES bag, and put two boxes into it. They were Queen Anne chocolates; value $1.09 each for a total of $2.18. Though CONDON got her Star Card at a cash register, she never made any attempt to pay for the two items. After she got her Star Card transaction completed, CONDON walked to the front of the exchange and directly out the door. She set off the electronic alarm, but ignored the I.D. checker who called to her. I detained CONDON in the automatic doors going outside. CONDON was identified and escorted to the security office. CONDON was very uncooperative and even called me a jerk for "embarrassing" her. Security Forces was called and responded. While waiting for Security Forces' arrival, CONDON took the cosmetics out of her purse and stated it was not hers and it was "foreign" to her. The cosmetic item was a box of Estee Lauder Perfectionist Correcting Concentrate, a value of $29.75. The total value of all three items is $31.93. CONDON was transported to the Law Enforcement Desk for further processing.

_____
ROBERT G. SMITH

Subscribed and sworn to before me this 21st day of February, 2007.

_____
AUDREY F. GRIFFIN
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS