AO 458 (Rev. 5/85) Appearance

# United States District Court

MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 MAY -7 P 12:10

DEBRA P. HACKETT, CLK
US DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA

vs:

DANA CONDON

APPEARANCE

CASE NUMBER: 2:07CR46-TFM

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Dana Condon

Date: 7 May 2007

Signature: *John H. Camp Jr.*

Print Name: JOHN H. CAMP, JR.

Address: 5793 CARRIAGE BARN LANE

City: MONTGOMERY   State: AL   Zip Code: 36116

Phone Number: (334) 272-8061