AO86A  (Rev. 4/91) Consent to Proceed—Misdemeanor

# UNITED STATES DISTRICT COURT

### MIDDLE    DISTRICT OF    ALABAMA

UNITED STATES OF AMERICA

V.

DANA  CONDON

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A MISDEMEANOR CASE**

Case Number:  2:07CR46-TFM

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty.  The magistrate judge has informed me of my right to the assistance of legal counsel.  The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY:** Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and I consent to trial, judgment and sentencing before a United States magistrate judge.

X _Dana C. Condon_____ ,
                                                                                        Defendant

---

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

**I HEREBY:** Waive (give up) my right to trial by jury.    _____
                                                                                        Defendant

Consented to by United States    _____
                                                                                        Signature

                                                                                        _____
                                                                                        Name and Title

---

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY:** Waive (give up) my right to have at least thirty days to prepare for trial.

X _____ ,
                                                                                        Defendant

_____                    Approved By: _____
Defendant's Attorney (if any)                                          U.S. Magistrate Judge

                                                                            5-8-7
                                                                            Date