IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-46-TFM |
| | ) | |
| DANA CONDON | ) | |

## MOTION TO WITHDRAW AND SUBSTITUTE

**COMES NOW L. Amber Brugnoli** and enters the withdrawal of Reese H. Hays III as government counsel in the above-captioned case. Mr. Hays will not be able to attend the July 9, 2007, court date due to a conflicting court appearance. I, L. Amber Brugnoli, will be the designated government representative on which service may be made.

Respectfully submitted this 14th day of June, 2007.

/s/L. Amber Brugnoli
L. AMBER BRUGNOLI
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
(334) 953-2786

CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed by U. S. Postal Service to John Harold Camp, Jr., 5793 Carriage Barn Lane, Montgomery, AL 36116.

/s/ L. Amber Brugnoli
L. AMBER BRUGNOLI
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, Alabama  36112-6334
(334) 953-2786

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-46-TFM |
| | ) | |
| **DANA CONDON** | ) | |

## ORDER

Upon consideration of Government's Motion to Withdraw and Substitute filed on June 14, 2007, it is ORDERED that the motion is GRANTED.

DONE, this _____ day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE