IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07CR46-TFM |
| ) | |
| DANA CONDON ) | |

## MOTION FOR CONTINUANCE

**COMES NOW** the undersigned counsel, **John H. Camp, Jr.**, and requests that a continuance be granted in the above-captioned case until the trial term beginning on September 17, 2007. The continuance is necessary to allow for the processing of the defendant's request for pretrial diversion. The trial in this case is presently scheduled for July 9, 2007.

Respectfully submitted this 21st day of June, 2007.

JOHN H. CAMP, JR.
Defense Counsel
5793 Carriage Barn Lane
Montgomery, Alabama 36116-1535
(334) 272-8061

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2007, I filed the foregoing with the Clerk of the Court and mailed a copy by U. S. Postal Service to L. Amber Brugnoli, SAUSA, 42 ABW/JA, 50 LeMay Plaza South, Maxwell AFB, AL 36112-6334

JOHN H. CAMP, JR.
Defense Counsel
5793 Carriage Barn Lane
Montgomery, Alabama 36116-1535
(334) 272-8061