IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:07CR 46-TFM |
| | ) | |
| DANA CONDON | ) | |

O R D E R

    This case is before the court on the Unopposed Motion to Continue Trial (Doc. #16), filed by the Defendant, Dana Condon. The United States does not oppose the motion. The court finds additional time is necessary to consider and process the request for pretrial diversion.  The ends of  justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial.

    Therefore, the motion is GRANTED, and it is hereby ORDERED that the trial of this case is CONTINUED from the term commencing July 9, 2007, to the term commencing September 17, 2007.

    The Court further ORDERS, a Second Pretrial conference in this matter will be held on August 27, 2007, at 11:00 a.m. before the undersigned Magistrate Judge in Courtroom 4-A.

    DONE, this 22nd day of June, 2007.


                                                        /s/Terry F. Moorer
                                                        TERRY F. MOORER
                                                        UNITED STATES MAGISTRATE JUDGE