IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07-cr-46-TFM |
| | ) | |
| DANA C. CONDON | ) | |

## MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Information without prejudice heretofore filed in the above styled cause on the grounds, to wit:  <u>Entry into Pretrial Diversion Program.</u>

Respectfully submitted this the 11th day of October, 2007.

                Respectfully submitted,

                LEURA GARRETT CANARY
                UNITED STATES ATTORNEY

                **s/Satura McPherson**
                SATURA MCPHERSON
                Special Assistant United States Attorney
                42 ABW/JA
                50 LeMay Plaza South
                Maxwell AFB, AL  36112-6334
                Telephone:  334-953-2786/2789
                Fax:  334-953-2787

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

                **s/Satura McPherson**
                SATURA MCPHERSON
                Special Assistant United States Attorney
                42 ABW/JA
                50 LeMay Plaza South
                Maxwell AFB, AL  36112-6334
                Telephone:  334-953-2786/2789
                Fax:  334-953-2787

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07-cr-46-TFM |
| | ) | |
| DANA C. CONDON | ) | |

**ORDER**

Upon consideration of the Motion for Leave to Dismiss Original Information as to DANA C. CONDON heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

　　　　Done this ____ day of _____, 2007.


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE